**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-2264**

In re: JAMES LEE MCCLAIN,

       Petitioner.

On Petition for Writ of Mandamus.  (5:21-hc-02035-D)

Submitted:  January 20, 2022                 Decided:  January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Lee McClain, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lee McClain petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition and motion to expedite decision. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on November 2, 2021, the district court dismissed McClain's § 2241 petition without prejudice for lack of jurisdiction and denied as moot his motion to expedite. Accordingly, because the district court has recently decided McClain's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*